UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMALES PHOTOGRAPHY LLC,

                         Plaintiff,

-against-

CRYSTAL BALL MEDIA, LLC,

                         Defendant.

Case No. 1:26-cv-01963 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's deadline to answer, move, or otherwise respond to the Complaint was June 10, 2026. However, Defendant has yet to respond or otherwise appear in this action. Accordingly, the initial pretrial conference scheduled for June 30, 2026, at 10:00 a.m. is ADJOURNED. If Defendant intends to move for default judgment, it shall file its motion by **July 15, 2026**. Any response shall be filed by **July 29, 2026**, and the Court will hold a default judgment hearing on **August 18, 2026**, at **10:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

Dated:  June 17, 2026
       New York, New York

                                    SO ORDERED.

                                      *Jennifer Rochon*

                                    JENNIFER L. ROCHON
                                    United States District Judge