UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ramales Photography LLC,<br>Plaintiff,<br>v.<br>Crystal Ball Media, LLC,<br>Defendant. | Case No: 1:26-cv-01963-JLR |

# DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on the motion of Plaintiff Ramales Photography LLC ("*Plaintiff*"), filed July 15, 2026, for entry of a default judgment against the defendant Crystal Ball Media, LLC ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

**WHEREAS** the Court issued an Order dated June 17, 2026, which directed any response to Plaintiff's motion to be filed by July 29, 2026, and scheduled a default judgment hearing to be held on August 18, 2026, at 10:30 a.m.; and

**WHEREAS,** Defendant did not file any opposition to Plaintiff's motion for default judgment; and

**WHEREAS** Defendant failed to appear at the August 18, 2026, default judgment hearing;

**For the reasons set forth on the record during the hearing**, it is now therefore:

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $26,985.00 in statutory damages under 17 U.S.C. § 504(c); and it is further

**ORDERED ADJUDGED AND DECREED** that Defendant shall pay $6,582.50 in attorneys' fees and $667.20 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); and it is further

**ORDERED ADJUDGED AND DECREED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store or display Plaintiff's Photograph as is set forth in the Complaint; and it is further

**ORDERED ADJUDGED AND DECREED,** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; and it is further

**ORDERED ADJUDGED AND DECREED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is further

**ORDERED ADJUDGED AND DECREED** that this case is closed.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: August 18, 2026

**SO ORDERED.**

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge